■ In the Matter of ARTHUR S. LOWELL. — Motion for reinstatement as an attorney and counselor at law in the State of New York held in abeyance pending receipt of the report of the Departmental Disciplinary Committee for the First Judicial Department, to whom the matter is referred for further investigation, hearing and recommendation. Concur — Sandler, J. P., Sullivan, Ross, Asch and Silverman, JJ.

■ In the Matter of JAMES EVAN SIFF. — Application for an order vacating the order of this court entered on November 9, 1976 and directing that petitioner be reinstated as an attorney and counselor at law in the State of New York granted to the extent of referring the application to the Departmental Disciplinary Committee for the First Judicial Department, and the petition for reinstatement held in abeyance as indicated in the order of this court. Concur — Kupferman, J. P., Ross, Silverman, Bloom and Fein, JJ.

# (February 9, 1984)

■ In the Matter of VINCENT TRAMONTANA, Appellant, v ROBERT J. MCGUIRE, as Police Commissioner of the City of New York, et al., Respondents. — Judgment, Supreme Court, New York County (Allen Myers, J.), entered on January 21, 1983, unanimously vacated, and the determination of respondent police commissioner dated April 6, 1982, unanimously confirmed, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Carro, Asch and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO COTTO, Appellant. — Judgment, Supreme Court, New York County (George Roberts, J.), rendered on July 1, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Carro, Asch and Milonas, JJ.

■ DOOCHARY CORP., Respondent, v 461 EIGHTH AVENUE ASSOCIATES et al., Appellants. — Order, Supreme Court, New York County (William McCooe, J.), entered on January 25, 1983, unanimously affirmed. Respondent shall recover of appellants $50 costs and disbursements of this appeal. The appeal from the order of said court, entered on November 30, 1982, unanimously dismissed as having been subsumed in the appeal from the order entered on January 25, 1983, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sandler, Carro, Bloom and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN ORELLANES, Appellant. — Judgment, Supreme Court, Bronx County (Jack Rosenberg, J.), rendered on October 29, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Carro, J. P., Bloom, Fein, Milonas and Alexander, JJ.